IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **America First Legal Foundation**<br>300 Independence Avenue SE,<br>Washington, DC 20003;<br><br>**Fight for Schools and Families**<br>P.O. Box 523452<br>Springfield, VA 22152; and<br><br>**Parents Defending Education**<br>4532 Lee Hwy #119<br>Arlington, VA 22207,<br><br>    *Plaintiffs*,<br>v.<br><br>**Miguel Cardona.**, in his official capacity as<br>United States Secretary of Education<br>400 Maryland Avenue SW,<br>Washington, DC 20202;<br><br>**United States Department of Education**,<br>an agency of the United States<br>400 Maryland Avenue SW,<br>Washington, DC 20202; and<br><br>**National Parents and Families Enagement Council**, an advisory committee established and utilized by Secretary of Education Miguel Cardona<br>400 Maryland Avenue SW,<br>Washington, DC 20202,<br><br>    *Defendants*. | Civil Action No. 1:22-cv-1947<br><br><br><br><br>**DECLARATION OF JOHN A. ZADROZNY IN SUPPORT OF PLAINTIFFS' APPLICATION FOR PRELIMINARY INJUNCTION** |

  I, John A. Zadrozny, declare:

  1.  I am the Deputy Director of Investigations for America First Legal Foundation, a 501(c)(3) corporation.

1

2. America First Legal Foundation is committed to holding the United States government accountable and educating the public about the government's activities and policies.

3. To accomplish this mission, America First Legal closely monitors the government's activities to ensure that it is acting lawfully.

4. The Defendants' failures to be open and transparent about the activities of the National Parents and Families Engagement Council are unlawful, and their activities in this regard fall squarely within the ambit of America First Legal's mission.

5. In response to the Council's lack of transparency, America First Legal has been forced to divert its resources from other priorities and instead expend extra time and money investigating and monitoring the Council's activities.

6. For instance, America First Legal has been forced to develop and file Freedom of Information Act requests about the Council's creation, which would have been unnecessary had the Defendants followed FACA's requirements. It is at least reasonably likely that America First Legal will be forced to litigate in order to force the Defendants to comply with these requests.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing declaration is true and correct. Executed in Bristow, Virginia, on Wednesday, July 13, 2022.

John A. Zadrozny