IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as UNITED STATES SECRETARY OF EDUCATION, *et al.*,<br><br>      Defendant. | Civil Action No. 1:22-cv-01947-RCL |

**DEFENDANTS' UNOPPOSED MOTION TO STAY ANSWER DEADLINE PENDING RESOLUTION OF DISPOSITIVE MOTIONS**

Defendants respectfully request that the Court stay their upcoming deadline (September 9, 2022) to answer or otherwise respond to Plaintiffs' Complaint, ECF No. 1, pending further order of the Court after resolution of the parties' motions for summary judgment, ECF Nos. 20, 22. As good cause for this request, to which Plaintiffs consent, Defendants offer the following:

1.    Plaintiffs filed this suit on July 6, 2022, contending that the Department of Education violated the Federal Advisory Committee Act ("FACA"), 5 U.S.C. app. 2 §§ 1–16, by forming a "National Parents and Families Engagement Council." Compl., ECF No. 1. Plaintiffs assert that these violations of FACA create violations of the Administrative Procedure Act ("APA"). Compl. ¶¶ 66–81. Plaintiffs further seek to maintain this action pursuant to the Mandamus Act and the Declaratory Judgment Act. *Id.* ¶¶ 82–119, 120–31.

2.    On July 14, 2022, Plaintiffs filed an application for preliminary injunction. ECF No. 3. The Court held a hearing on Plaintiffs' application on August 10, 2022, and denied their application from the bench. The Court found that it would be more appropriate to decide the

issues on summary judgment and ordered the parties to propose an expedited briefing schedule. The parties submitted such a schedule to the Court on August 11, 2022, ECF No. 16, which the Court entered on August 12, 2022, ECF No. 17).

3. Less than a week after the hearing, on August 17, 2022, Defendants served the Administrative Record on Plaintiffs. *See* ECF No. 19. Defendants also served a supplement to the Administrative Record on August 30, 2022. ECF No. 24.

4. Plaintiffs moved for summary judgment on August 19, 2022. ECF No. 20. Defendants opposed Plaintiffs' motion and filed their own cross-motion for summary judgment on August 26, 2022. ECF No. 22. Plaintiffs' combined opposition and reply memorandum is due September 2 and Defendants' reply memorandum is due September 9, 2022. *See* ECF No. 17.

5. Defendants respectfully submit that, in an APA case like this one, the case should be decided on cross-motions for summary judgment based on the administrative record that Defendants have served on Plaintiffs. The parties are in the midst of summary judgment briefing, and resources are better spent on those motions, which may dispose of the case, than on drafting an answer. Accordingly, the preparation and filing of an answer to Plaintiffs' Complaint would not meaningfully advance the litigation at this point and would not serve the interests of judicial and party economy.

6. Undersigned counsel for Defendants conferred with counsel for Plaintiffs, Christopher Mills, via email regarding the present motion. Mr. Mills stated that Plaintiffs consent to this motion.

For these reasons, Defendants respectfully request that their deadline to answer or otherwise respond to the Complaint be stayed pending further order of the Court after resolution of the parties' motions for summary judgment.

Dated: September 6, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Director, Federal Programs Branch

*/s/ Carol Federighi*
CAROL FEDERIGHI
Senior Trial Counsel
CHRISTOPHER D. EDELMAN
(D.C. Bar No. 1033486)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-1903
Email: carol.federighi@usdoj.gov

*Counsel for Defendants*