IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| America First Legal Foundation, Fight for Schools and Families, and Parents Defending Education,<br><br>*Plaintiffs*,<br><br>v.<br><br>Miguel Cardona, in his official capacity as United States Secretary of Education, United States Department of Education, and National Parents and Families Engagement Council,<br><br>*Defendants*. | Civil Action No. 1:22-cv-1947-RCL<br><br><br>**JOINT NOTICE AND STIPULATION OF DISMISSAL** |

On June 14, 2022, the Department of Education announced the creation of the National Parents and Families Engagement Council. Plaintiffs America First Legal Foundation, Fight for Schools and Families, and Parents Defending Education subsequently sued, alleging that the Department violated the Federal Advisory Committee Act (FACA) when it established the Council.

The Department has informed Plaintiffs that it is immediately and permanently disbanding the Council and that the Council will not hold any future meetings. Based on these representations, Plaintiffs have agreed to dismiss their lawsuit without prejudice.

Accordingly, the parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the dismissal without prejudice of this action, with each party to bear their own attorney's fees and costs.

Respectfully submitted this 5th day of December, 2022,

| | |
|---|---|
| */s/ J. Michael Connolly* | */s/ Christopher Mills* |
| J. Michael Connolly | Christopher E. Mills |
| Bar ID: 995815 | D.C. Bar No. 1021558 |
| Cameron T. Norris | SPERO LAW LLC |
| Bar ID: VA083 | 557 East Bay St. #22251 |
| CONSOVOY MCCARTHY PLLC | Charleston, SC 29413 |
| 1600 Wilson Blvd., Ste. 700 | (843) 606-0640 |
| Arlington, VA 22209 | cmills@spero.law |
| (703) 243-9423 | |
| mike@consovoymccarthy.com | |
| cam@consovoymccarthy.com | */s/ Gene P. Hamilton* |
| | Gene P. Hamilton |
| | D.C. Bar No. 1619548 |
| | AMERICA FIRST LEGAL FOUNDATION |
| | 300 Independence Avenue SE |
| | Washington, DC 20003 |
| | (202) 964-3721 |
| | gene.hamilton@aflegal.org |

*Counsel for Plaintiffs*

Brian M. Boynton
Principal Deputy Assistant Attorney General
Civil Division

Marcia Berman
Assistant Director, Federal Programs Branch

*/s/ Carol Federighi*
Carol Federighi
Senior Trial Counsel
Christopher D. Edelman
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
(202) 514-1903
carol.federighi@usdoj.gov

*Counsel for Defendants*